USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                         13 CR 849 (VEC)

       v.

MARK BERNSTEIN,
                                                 ORDER FOR ADMISSION
        DEFENDANT                        PRO HAC VICE

---

    The motion of <u>David L. Kurtz</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the State of New Jersey and the District of Columbia, and that his contact information is as follows

| | |
|---|---|
| Applicants Name: | David L. Kurtz |
| Firm Name: | The Kurtz Law Firm, LLC |
| Address: | 25 Main Street, Suite 104 |
| City / State / Zip: | Hackensack, New Jersey 07601 |
| Telephone / Fax: | (201) 669-3800 / 201 669-3808 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Nelson J. Brandt</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: July 13, 2015

                                                                   */s/ Valerie Caproni*

                                          United States District       Judge